

June 3, 2025

**VIA CM/ECF**

Kaan Ekiner
Direct Phone   302-295-2046
Direct Fax       302-250-4356
kekiner@cozen.com

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

Re: ***Liberty Mutual Fire Insurance Co., as subrogee of David and Donna Thompson v. Electrolux North America, Inc.***; C.A. No. 25-cv-00542-RGA

Dear Judge Andrews:

Pursuant to the Court's Oral Order [D.I. 6] dated May 30, 2025, the Court requested a status report in the above-referenced matter no later than June 4, 2025. Please accept this letter as Plaintiff Liberty Mutual Fire Insurance Co.'s status report.

Defendant Electrolux North America, Inc. was served on May 5, 2025 [D.I. 5]. Counsel for Defendant Electrolux North America, Inc. has advised that Defendant is making arrangements to retain Delaware counsel. Defendant requested a 30-day extension (from its original deadline, or May 26, 2025) to file an answer to the Complaint, or until June 25, 2025.

Plaintiff consents to Defendant's extension request and has enclosed a one-sided Stipulation and [Proposed] Order for the Court's consideration.

If Your Honor has any questions, counsel is available at the convenience of the Court.

Respectfully submitted,

COZEN O'CONNOR

By:   */s/ Kaan Ekiner*
       Kaan Ekiner (#5607)
       *Attorneys for Plaintiff*

KE/cy
Enclosure

LEGAL\78207422\1